Seth Bayles, Nevada Bar No. 15700
seth@bayleslawgroup.net
**BAYLES LAW GROUP, PLLC**
10175 W. Twain Avenue, Suite 130
Las Vegas, Nevada 89147
Telephone: (702) 268-9987

Thiago M. Coelho, CA SBN 324715
(will comply with L.R. IA 11-2 within 14 days)
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Boulevard, 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs
and Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FERNANDO MENDOZA and SOPHIA MENDOZA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRYSTAL BAY CASINO, LLC a Nevada limited liability company,<br><br>Defendant. | Case No. 3:23-cv-00099-ART-CSD<br><br><u>CLASS ACTION</u><br><br>**ORDER APPROVING PLAINTIFFS' MOTION FOR EXTENSION TO COMPLY WITH LOCAL RULE IA 11-2** |

Plaintiffs Fernando Mendoza and Sophia Mendoza ("Plaintiffs") hereby move for an extension for Thiago M. Coelho of Wilshire Law Firm, PLC to comply with Local Rule IA 11-2.[1] See Court's Notices, ECF No. 2.

Good cause exists for this request as Plaintiffs retained local counsel Seth Bayles of Bayles Law Group, PLLC and Mr. Coelho has begun to complete his Verified Petition. However, Mr. Coelho is unable to file the Verified Petition as he is awaiting receipt of his Certificate of Good Standing, which has been ordered and its imminent arrival is expected. In addition, due to travel and hearing commitments, Mr. Coelho has been unable to secure the notarization of the Verified Petition. Mr. Coelho expects that he will be able to secure a notary by the time the Certificate of Good Standing is received. Thus, for these reasons, Plaintiffs respectfully request an extension of two weeks, up to and including April 5, 2023 to submit Mr. Coelho's Verified Petition in compliance with Local Rule IA 11-2.

This extension is not being sought to delay or prejudice any other party as no other party has yet to enter an appearance. Moreover, for reasons out of Mr. Coelho's control, he is awaiting receipt of the Certificate of Good Standing that is necessary to file with the Verified Petition that, once completed, must be notarized in accordance with this Court's local rules.

Dated: March 22, 2023                                    Respectfully Submitted,

                                                         /s/ *Seth Bayles*
                                                         Seth Bayles, Nevada Bar No. 15700
                                                         **BAYLES LAW GROUP, PLLC**
                                                         *Attorneys for Plaintiffs*

_____                        /s/ *Thiago M. Coelho*
U.S. District Judge Anne R. Traum                        Thiago M. Coelho*
DATED: March 23, 2023                                    **pro hac vice forthcoming*
                                                         **WILSHIRE LAW FIRM, PLC**
                                                         *Attorneys for Plaintiffs*

---

[1] Only Mr. Coelho of Wilshire Law Firm intends to appear *pro hac vice* in this matter. Carolin K. Shining, Jennifer M. Leinbach, Jesenia A. Martinez, and Jesse S. Chen, do not currently intend to appear *pro hac vice* here. Should this change, the attorneys will promptly comply with Local Rule IA 11-2. Therefore, Ms. Shining, Ms. Leinbach, Ms. Martinez, and Mr. Chen will not be submitting their Verified Petitions and the Court's Notices requiring their completion must be discharged. *See* ECF Nos. 3–6.

1
PLAINTIFFS' MOTION FOR EXTENSION TO COMPLY WITH LOCAL RULE IA 11-2