Kiley A. Harrison (NSBN 16092)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kharrison@mcdonaldcarano.com

James W. Davidson (*pro hac vice* to be submitted)
O'HAGAN MEYER
1 E. Wacker Drive, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 422-6100
jdavidson@ohaganmeyer.com

*Attorneys for Defendant*
*Crystal Bay Casino, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO MENDOZA and SOPHIA MENDOZA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRYSTAL BAY CASINO, LLC, a Nevada limited liability company,<br><br>Defendant. | CASE NO.: 3:23-cv-00099-ART-CSD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>(First Request) |

Pursuant to Local Rules IA 6-1 and 6-2, plaintiffs Fernando Mendoza and Sophia Mendoza (the "Mendozas") and defendant Crystal Bay Casino LLC ("Crystal Bay") hereby stipulate, agree, and respectfully request that the Court extend the deadline for Crystal Bay to answer or otherwise respond to the Mendozas' Class Action Complaint from April 18, 2023, to May 22, 2023.

In support of this Stipulation, the parties jointly state as follows:

1. On March 8, 2023, the Mendozas filed their Class Action Complaint ("Complaint"), asserting claims related to Crystal Bay's alleged failure to secure the Mendozas' and putative class members' personally identifiable information, resulting in a data security incident.

2. The Mendozas served Crystal Bay with the Complaint on March 28, 2023.

3. Crystal Bay's response to the Complaint is due on April 18, 2023.

4. Crystal Bay seeks an extension of time to respond to the Complaint to have sufficient time to gather necessary information and to evaluate whether to move for consolidation of this matter with a related matter pending before the U.S. District Court, District of Nevada, *Nguyen v. Crystal Bay Casino, LLC* (case no. 3:23-cv-00092-MMD-CLB) before filing a response. Crystal Bay requests the deadline be extended to May 22, 2023 to align the deadline with its response deadline in the *Nguyen* matter as it anticipates filing nearly identical responses to both complaints.

5. This is Crystal Bay's first request for an extension of time to respond to the Complaint, the request is not for the purposes of delay, and the requested extension will not prejudice any party.

6. WHEREFORE, the parties hereby stipulate, agree, and respectfully request that the Court extend the deadline for Crystal Bay to answer or otherwise respond to the Complaint from April 18, 2023, to May 22, 2023.

Dated this 12th day of April, 2023.

| BAYLES LAW GROUP, PLLC | McDONALD CARANO LLP |
|---|---|
| By: /s/ Seth Bayles<br>Seth Bayles (NSBN 15700)<br>10175 West Train Avenue, Suite 130<br>Las Vegas, Nevada 89147 | By: /s/ Kiley A. Harrison<br>Kiley A. Harrison (NSBN 16092)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102 |
| WILSHIRE LAW FIRM, PLC<br>Thiago M. Coelho<br>3055 Wilshire Blvd., 12th Floor<br>Los Angeles, California 90010 | O'HAGAN MEYER<br>James W. Davidson (*pro hac vice* to be submitted)<br>1 E. Wacker Drive, Suite 3400<br>Chicago, Illinois 60601 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 13, 2023

2